IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-23819-RNS

RON VON PAULUS, individually
and on behalf of all others similarly situated,

   *Plaintiff*,

vs.

REAL GREEN SYSTEMS, LLC., a foreign
corporation,

   *Defendants*.
_____/

CLASS ACTION

JURY TRIAL DEMANDED

## NOTICE OF SETTLEMENT

Plaintiff Ron Von Paulus, hereby notifies the Court that the parties have reached an agreement in principle to settle the litigated claims in this case on a class-wide basis, subject to Court approval. The parties are presently drafting a written Settlement Agreement and related documents, which the parties will endeavor to file with the Court as part of a Motion for Preliminary Approval by March 29, 2021.

Based on the foregoing, the Parties respectfully request that all current deadlines be suspended and rulings on all pending motions be held in abeyance, pending the filing of the proposed Settlement Agreement.

Dated: March 6, 2021

**EISENBAND LAW, P.A.**

*/s/Michael Eisenband*
515 E. Las Olas Boulevard, Suite 120
Ft. Lauderdale, Florida 33301
Florida Bar Number 94235
Michael Eisenband
Email: MEisenband@Eisenbandlaw.com
*Counsel for Plaintiff and the Class*

2